UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_NORTHERN_ DIVISION

# CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

1-20-cv-2-AW/GRJ

Gregory Roland,
Inmate # 038354.
(Enter full name of Plaintiff)

vs.

CASE NO: 38-2010-CF-000873A
(To be assigned by Clerk)

State of Florida,
Jerry B Miller Detective #0219
Glenn E Bryan State Attorney
Michael Bryant Regional Counsel
David A Glant Judge

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

FILED USDC FLND GV
JAN 2 '20 PM 12:07
KM
MASTER

I.   **PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Gregory Roland
Inmate Number: 038354
Prison or Jail: Mayo Correctional Institution
Mailing address: 8784 U.S. Hwy 27 West
Mayo Fla 32066

II.   **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Jerry B Miller
    Official position: Detective
    Employed at: Levy County Sheriff Department
    Mailing address: 355 S. Court Street
    Bronson, Fl 32621

(2) Defendant's name: Glenn Bryan State Attorney
    Official position: State Attorney
    Employed at: Levy County
    Mailing address: 355 S. Court Street
    Bronson, Fl 32621

(3) Defendant's name: David A Glant
    Official position: Judge
    Employed at: Levy County
    Mailing address: 355 S Court Street
    Bronson, Fl 32621

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( ✓ )   No( )

1. Parties to previous action:
   (a) Plaintiff(s): Gregory Roland
   (b) Defendant(s): Jerry Miller
2. Name of judge: _____   Case #: 38-2011-CF-000031A
3. County and judicial circuit: Levy County 8# Judicial Circuit
4. Approximate filing date: 3/20/2011
5. If not still pending, date of dismissal: 4/30/2011
6. Reason for dismissal: Bar by Heck
7. Facts and claims of case: False Arrest / False Imprisonment

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )   No( )

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions *(besides those listed above in Questions (A) and (B))* in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ✓ )                    No(  )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(  )                    No( ✗ )

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case Docket # _____
4. Approximate filing date: _____   Dismissal date: _____
5. Reason for dismissal: _____

4

6. Facts and claims of case: <u>False Arrest / False Imprisonment Deformation of Character, False Prosecution,</u>

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

On 11/24/2010, Petitioner was Arrested without Cause or a Arrest warrant. Detective Jerry Miller Arrested Petitioner on Five Falsely Drug Charges! Case No: 38-2010-CF-000873-A, 38-2010-CF-000874-A, 38-2010-CF-000875-A, 38-2010-CF-000842-A and 38-2010-CF-000848-A. Those Cases were Nolle/No Prosequi/NO, for insufficient evidence to sustain a Conviction. All five Case has different Arrest dates. State Attorney William P. Cervone and Glenn Bryan Took these Cases to trial. Judge David Glant initiated the action to take these Cases to Trial, also Bond was set at 500,000 dollars Prosecutor in these case denied Petitioner Discovery. such as Arrest warrant, Filing of information, Booking Transcripts and Cad Report of all the Arrests, on Petitioner Arrest Affidavit subjects Occupation Drug Dealer. Petitioner went to trial and was found not guilty of Being a Drug Dealer. Regional Counsel Michael Bryant failed to file a Motion to dismiss or Launch any Kinda investigation for False Arrest or False imprisonment. Counsel Michael Bryant was fully aware that there were No Arrest warrant or information Filed in these cases. Judge James Browning Set Bond at 500.000 dollar. excess.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

① False Arrest / False imprisonment, 2# Deformation of Character, 3# Vindictive Prosecution, 4# Bias Judge Denied effective assistance of Counsel, vindictive Prosecution, Double Jeoparty.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Petitioner request that this Court Launch a full investigation on this Police Departmen Corruption against him and Compensated for my Pain and Suffering.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

12/27/2019
(Date)

Gregory Roland
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 27 day of December, 2019.

Gregory Roland
(Signature of Plaintiff)

Revised 03/07

7

Gregory Roland #D038854
Lake Butler R.M.C
P.O Box 628
Lake Butler, Fl 32681

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
401 SE 1st Ave Suite 243
Gainesville, Fl 32601-6805

MAILED FROM A STATE CORRECTIONAL INSTITUTION

ZIP 32054
02 4W
0000369986 DEC 27 2019
U.S. POSTAGE $ 00.145° PITNEY BOWES

LEGAL MAIL ONLY

RECEPTION AND MEDICAL CENTER
DATE: 12/27/19
INMATE INITIALS: