IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY ROLAND,

    Plaintiff,
vs.                                    Case No.: 1:20-cv-2-AW-GRJ

STATE OF FLORIDA,
et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

I have considered the magistrate judge's February 6, 2020 Report and Recommendation. ECF No. 6. I have also considered de novo Plaintiff's objections. ECF No. 7. I now conclude the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Plaintiff's motion for leave to proceed as a pauper, ECF No. 5, is DENIED.

3.    The Clerk will enter a judgment that says "This case is DISMISSED without prejudice pursuant to the 28 U.S.C. § 1915(g) three-strikes bar."

4. The Clerk will close the file.

SO ORDERED on March 18, 2020.

                                              s/ *Allen Winsor*
                                              United States District Judge